

# NUMBER 13-18-00614-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ELOY HERACLIO ALCALA,                                              Appellant,

v.

THE STATE OF TEXAS,                                              Appellee.

---

### On appeal from the 332nd District Court
### of Hidalgo County, Texas.

---

## ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Order Per Curiam

This cause is currently before the Court on appellant's third motion for extension of time to file the brief and motion to abate appeal. The reporter's record was filed on May 6, 2019, and appellant's brief was originally due to be filed thirty days thereafter. *See* TEX. R. APP. P. 38.6(a). On September 11, 2019, this Court granted appellant's second

motion for extension of time to file the brief and ordered counsel to file the brief on or before November 3, 2019. Counsel's third motion for extension of time to file the brief advises this Court that videos in the form of DVDs or CDs are not included in the record and are necessary for appellant's arguments in the brief. Counsel requests a 60-day extension of time to file the brief to allow time for the record to be supplemented.

When a relevant item has been omitted from the reporter's record, any party may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplemental reporter's record containing the omitted items. *See* TEX. R. APP. P. 34.6(d). Counsel indicates she has already requested a supplemental record. Accordingly, appellant's motion to abate this appeal is GRANTED and counsel's third motion for extension of time to file the brief is GRANTED until January 2, 2020.

This appeal will be reinstated upon receipt of the supplemental reporter record and upon further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of November, 2019.

2